Joshua S. Dudley
2600 E. Dorothy Dr.
Orange, CA 92869
657.391.6401
JDUDLEY279@gmail.com
Plaintiff, Pro Se

8:26-cv-01530-SSS (PD)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

**JOSHUA S. DUDLEY,**
Plaintiff,

v.

County of Orange; Orange County Health Care Agency; Orange County Behavioral Health Plan; Orange County Social Services Agency; Orange County Department of Public Social Services, if separate; Telecare Corporation; Telecare Corporation d/b/a Telecare TAO Central FSP; Agape-related housing entities whose true names are unknown; Ronald D. Lee, Jr., individually; Felicia Tara Taing, individually and in her official capacity as Program Administrator of Telecare TAO Central FSP; Jena Nguyen, individually and in her official capacity as Clinical Director or clinical leadership representative of Telecare TAO Central FSP; Esmeralda Carroll, individually and in her official capacity as an Orange County Health Care Agency / Behavioral Health representative; Mothershed, first name unknown, individually and in her official capacity as an Orange County Social Services Agency / DPSS benefits representative; and Does 1 through 10, inclusive,
Defendants.

**Case No.: ____________________**

**DEFENDANT NAMES AND SUMMONS / SERVICE LIST**

**DEFENDANT NAMES AND SUMMONS / SERVICE LIST**

This service list is a filing-support document. It is not a substitute for summons issued by the Clerk or proof of service by a non-party process server.

1. County of Orange. Public entity service target: County of Orange, c/o Clerk of the Board of Supervisors, County Administration North, 400 W. Civic Center Drive, Santa Ana, CA 92701.

2. Orange County Health Care Agency. Serve through County of Orange public-entity service unless a separate authorized service office is identified. List on summons as Orange County Health Care Agency, to the extent separately suable, and as part of County of Orange if not separate.

3. Orange County Behavioral Health Plan. Serve through County of Orange public-entity service unless a separate authorized service office is identified. List on summons as Orange County Behavioral Health Plan, to the extent separately suable, and as part of County of Orange if not separate.

4. Orange County Social Services Agency. Serve through County of Orange public-entity service unless a separate authorized service office is identified. List on summons as Orange County Social Services Agency.

5. Orange County Department of Public Social Services, if separate. List only if the Clerk permits or if the exact legal name is confirmed. If not separate, treat DPSS wording as part of Orange County Social Services Agency.

6. Telecare Corporation. Service target: Telecare Corporation c/o C T Corporation System, 330 N Brand Blvd., Suite 700, Glendale, CA 91203.

7. Telecare Corporation d/b/a Telecare TAO Central FSP. Use as Telecare's program or operating name. Do not serve as a separate entity unless verified.

8. Agape-related housing entities whose true names are unknown. Exact legal name requires verification before clean entity service. If the Clerk requires a named entity for summons, use the best verified business record available before service.

9. Ronald D. Lee, Jr., individually. Individual service required by a non-party process server at a valid address or other legally permitted method.

10. Felicia Tara Taing, individually and in official capacity. Individual service required for personal-capacity claims; official-capacity service may also be accomplished through the entity depending on counsel/process-server direction.

11. Jena Nguyen, individually and in official capacity. Individual service required for personal-capacity claims; official-capacity service may also be accomplished through the entity depending on counsel/process-server direction.

12. Esmeralda Carroll, individually and in official capacity. Individual service required for personal-capacity claims; official-capacity service may also be accomplished through County public-entity service depending on

counsel/process-server direction.

13. Mothershed, first name unknown, individually and in official capacity. Individual service requires a valid name/address once identified; official-capacity service may also be accomplished through County/Social Services depending on counsel/process-server direction.

14. Does 1 through 10. No summons should issue to Doe defendants until they are identified and amended into the complaint.

DATED: June 12, 2026

Joshua S. Dudley
Plaintiff, Pro Se