# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| Joshua S. Dudley<br>*Plaintiff(s)*<br>v.<br>County of Orange;Telecare Corporation; Ronald D. Lee, Jr.,Felicia Tara Taing,; Jena Nguyen; Esmeralda Carroll, Krystal Mothershed<br>*Defendant(s)* | ) | Civil Action No. 8:26 cv 01530 SSS (PD) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Jena Nguyen
Telecare TAO Central FSP
12141 Brookhurst St., Suite 101
Garden Grove, CA 92840

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua S. Dudley, Plaintiff Pro Se
2600 E. Dorothy Dr.
Orange, CA 92869
Telephone: (657) 391 6401
Email: jdudley279@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/24/2026

/s/ Isabel Verduzco

*Signature of Clerk or Deputy Clerk*

Civil Action No. 8:26 cv 01530 SSS (PD)

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________

was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ____________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc: