NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER
Joshua S. Dudley
2600 E. Dorothy Dr
Orange, CA 92869
(657) 391-6401

ATTORNEY(S) FOR: Plaintiff Pro Se

**FILED**
**CLERK, U.S. DISTRICT COURT**
**July 27, 2026**
**CENTRAL DISTRICT OF CALIFORNIA**
**BY:** 1V **DEPUTY**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joshua S. Dudley<br>Plaintiff(s),<br>v.<br>County of Orange;Telecare Corporation; Ronald D. Lee, Jr.,; Felicia Tara Taing,; Jena Nguyen; Esmeralda Carroll; Kristal Mothershed<br>Defendant(s) | CASE NUMBER:<br>8:26-cv-01530-SSS (PD)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Joshua S. Dudley or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| County of Orange | Defendant |
| Telecare Corporation | Defendant |
| Ronald D. Lee, Jr. | Defendant |
| Felicia Tara Taing | Defendant |
| Jena Nguyen; | Defendant |
| Esmeralda Carroll | Defendant |
| Kristal Mothershed | Defendant |

July 27, 2026
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Joshua S. Dudley