FILED
CLERK, U.S. DISTRICT COURT
6/22/2026
CENTRAL DISTRICT OF CALIFORNIA
BY IV DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Joshua S. Dudley
Plaintiff, Pro Se
Orange, California
JDUDLEY279@gmail.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

JOSHUA S. DUDLEY,
Plaintiff,
v.
COUNTY OF ORANGE, et al.,
Defendants.

Case No. 8:26-cv-01530-SSS-PD

**NOTICE AND REQUEST TO WITHDRAW OR REPLACE JUNE 21, 2026 EDSS SUBMISSION**

Plaintiff Joshua S. Dudley respectfully notifies Civil Intake and the Court that Plaintiff submitted documents through EDSS on June 21, 2026 under Tracking No. EDS-260621-003-4342.

Plaintiff requests that, if the June 21 submission has not yet been uploaded into CM/ECF, the submission be withdrawn or returned so Plaintiff may submit the corrected public-redacted materials and corrected summons/service materials included with this resubmission.

If the June 21 submission has already been uploaded into CM/ECF, Plaintiff respectfully requests direction concerning the correct procedure for restricting access to any document containing protected personal identifiers and for filing redacted replacement copies.

This request is made to correct privacy-redaction and service-document issues before public docketing, not to abandon Plaintiff’s claims or dismiss this action.

Dated: June 22, 2026

/s/ Joshua S. Dudley
Joshua S. Dudley
Plaintiff, Pro Se