LODGED
CLERK, U.S. DISTRICT COURT
09/09/2026
CENTRAL DISTRICT OF CALIFORNIA
BY bom DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

**JOSHUA S. DUDLEY,**
Plaintiff,
v.
COUNTY OF ORANGE;
TELECARE CORPORATION;
RONALD D. LEE, JR.;
DOES 1 through 10, inclusive,
Defendants.

**Case No. 8:26-cv-01530-SSS-PD**
**[PROPOSED] ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**
Hearing Date: None set
Hearing Time: None set

Upon consideration of Plaintiff's Renewed Emergency Ex Parte Application for Temporary Restraining Order and the Court's temporary restraining order, IT IS HEREBY ORDERED that Defendants County of Orange, Telecare Corporation, and Ronald D. Lee, Jr. shall show cause why a preliminary injunction should not issue preserving Plaintiff's housing status, limiting direct contact as set forth in the temporary restraining order, and prohibiting retaliation pending adjudication of Plaintiff's claims.

Defendants' opposition shall be filed no later than ______________________. Plaintiff's

reply, if permitted by the Court, shall be filed no later than ____________________.

The hearing on the order to show cause shall be held on ____________________ at __________ __.m. in Courtroom 2 of the George E. Brown, Jr. Federal Building and United States Courthouse, 3470 Twelfth Street, Riverside, California 92501, unless the Court orders otherwise.

The parties shall address the Winter factors; the effect of Park Village Apartment Tenants Association v. Mortimer Howard Trust, 636 F.3d 1150 (9th Cir. 2011); the scope of any mandatory relief under Garcia v. Google, Inc., 786 F.3d 733 (9th Cir. 2015) (en banc); the relationship between the challenged rent-support decision, Plaintiff's disability-accommodation requests, and the September 9, 2026 displacement threat; and, to the extent relevant to preliminary relief, whether Plaintiff satisfies Welfare and Institutions Code section 15610.23 and whether Telecare had the substantial caretaking or custodial relationship described in Winn v. Pioneer Medical Group, Inc., 63 Cal.4th 148 (2016).

Plaintiff shall promptly serve this Order to Show Cause, the temporary restraining order, the application, declaration, and exhibits on Defendants.

IT IS SO ORDERED.

Dated: ____________________

__________________________________

HON. SUNSHINE S. SYKES

United States District Judge