FILED
CLERK, U.S. DISTRICT COURT
9/11/26
CENTRAL DISTRICT OF CALIFORNIA
BY IV DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**JOSHUA SHAWN DUDLEY**
2600 E. Dorothy Drive
Orange, California 92869
Telephone: (657) 391-6401
Email: jdudley279@gmail.com
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **JOSHUA SHAWN DUDLEY,**<br>Plaintiff,<br>v.<br>COUNTY OF ORANGE;<br>TELECARE CORPORATION;<br>RONALD D. LEE, JR.; and<br>DOES 1 through 10, inclusive,<br>Defendants. | **Case No. 8:26-cv-01530-SSS-PD**<br>**FIRST EX PARTE APPLICATION FOR 60-DAY RULE 4(m) EXTENSION**<br>Hearing: None requested<br>Assigned: Hon. Sunshine S. Sykes<br>Referred: Hon. Patricia A. Donahue |

## PLAINTIFF'S FIRST EX PARTE APPLICATION FOR 60-DAY EXTENSION OF RULE 4(m) SERVICE DEADLINE

Plaintiff Joshua Shawn Dudley, pro se and proceeding in forma pauperis, requests a sixty-day extension of the September 14, 2026 service deadline to November 13, 2026.

## I. SERVICE STATUS AND DILIGENCE

The docket reflects the service order at ECF No. 14, IFP status at ECF No. 15, corrected service materials at ECF No. 21, and amended summonses issued August 25, 2026 at ECF No. 22.

As of September 9, 2026, Plaintiff has not received a United States Marshal return or other confirmation establishing completed service. His PACER review likewise showed no proof of completed service. Plaintiff supplied the corrected service materials requested of him and has continued monitoring the docket. The requested extension is to allow service to be completed and documented, not for delay.

**II. EX PARTE BASIS**

The Rule 4(m) deadline is September 14, 2026. A regularly noticed motion cannot be heard before that date. Ex parte consideration is therefore necessary if the Court is to act before the deadline.

**III. LOCAL RULE 7-19 NOTICE**

No Defendant has appeared, and no attorney for any Defendant is identified on the docket reviewed by Plaintiff. Plaintiff therefore does not know opposing counsel to whom notice under Local Rule 7-19.1 could be given and requests waiver under Local Rule 7-19.2.

**IV. RELIEF REQUESTED**

Plaintiff requests that the Court extend the Rule 4(m) service deadline through November 13, 2026 and allow any service efforts previously authorized by the Court to continue during that period.

Dated: September 9, 2026

Respectfully submitted,

/s/ Joshua Shawn Dudley

JOSHUA SHAWN DUDLEY

Plaintiff, Pro Se