LODGED
CLERK, U.S. DISTRICT COURT
9/11/26
CENTRAL DISTRICT OF CALIFORNIA
BY IV DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**JOSHUA SHAWN DUDLEY**
2600 E. Dorothy Drive
Orange, California 92869
Telephone: (657) 391-6401
Email: jdudley279@gmail.com
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **JOSHUA SHAWN DUDLEY,**<br>Plaintiff,<br>v.<br>COUNTY OF ORANGE;<br>TELECARE CORPORATION;<br>RONALD D. LEE, JR.; and<br>DOES 1 through 10, inclusive,<br>Defendants. | **Case No. 8:26-cv-01530-SSS-PD**<br>**[PROPOSED] ORDER EXTENDING RULE 4(m) SERVICE DEADLINE**<br>Hearing: None requested<br>Assigned: Hon. Sunshine S. Sykes<br>Referred: Hon. Patricia A. Donahue |

**[PROPOSED] ORDER EXTENDING RULE 4(m) SERVICE DEADLINE**

Good cause appearing, IT IS HEREBY ORDERED:

1. The Rule 4(m) service deadline is extended from September 14, 2026 to November 13, 2026.

2. Any service previously authorized by the Court, including United States Marshal service to the extent previously authorized, may continue through the extended deadline.

IT IS SO ORDERED.

Dated: _____________ HON. PATRICIA A. DONAHUE, U.S. MAGISTRATE JUDGE