**JOSHUA SHAWN DUDLEY**
2600 E. Dorothy Drive
Orange, California 92869
Telephone: (657) 391-6401
Email: jdudley279@gmail.com
Plaintiff, Pro Se

FILED
CLERK, U.S. DISTRICT COURT
9/11/26
CENTRAL DISTRICT OF CALIFORNIA
BY IV DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **JOSHUA SHAWN DUDLEY,**<br>Plaintiff,<br>v.<br>COUNTY OF ORANGE;<br>TELECARE CORPORATION;<br>RONALD D. LEE, JR.; and<br>DOES 1 through 10, inclusive,<br>Defendants. | **Case No. 8:26-cv-01530-SSS-PD**<br>**DECLARATION OF JOSHUA SHAWN DUDLEY IN SUPPORT OF EXTENSION**<br>Hearing: None requested<br>Assigned: Hon. Sunshine S. Sykes<br>Referred: Hon. Patricia A. Donahue |

**DECLARATION OF JOSHUA SHAWN DUDLEY**

I, Joshua Shawn Dudley, declare under penalty of perjury under the laws of the United States:

1. I am the Plaintiff and appear pro se. I have personal knowledge of the facts stated here except where I identify information as coming from the docket or a filed court document.
2. On September 9, 2026, I reviewed the PACER docket in this action.
3. The docket reflects the service order at ECF No. 14, the grant

of my in forma pauperis request at ECF No. 15, and a September 14, 2026 Rule 4(m) service deadline.

4. I submitted corrected summons and service materials. That filing appears at ECF No. 21.

5. The docket reflects that amended summonses were issued on August 25, 2026 at ECF No. 22.

6. As of September 9, 2026, I have not received a United States Marshal return or other confirmation establishing completed service on any Defendant.

7. The PACER docket I reviewed did not show proof of completed service, an appearance, an answer, or a Rule 12 motion by any Defendant.

8. I supplied the corrected service materials requested of me and have continued monitoring the docket for service information.

9. I request additional time so that service can be completed and documented. I am not requesting the extension for delay.

10. No attorney for any Defendant is identified on the docket I reviewed. I therefore do not know opposing counsel to whom I could provide notice of this ex parte application.

11. I have not previously requested an extension of the September 14, 2026 Rule 4(m) service deadline.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 9, 2026, at Orange, California.

/s/ Joshua Shawn Dudley

JOSHUA SHAWN DUDLEY

Plaintiff, Pro Se