FILED
CLERK, U.S. DISTRICT COURT
9/11/26
CENTRAL DISTRICT OF CALIFORNIA
BY IV DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**JOSHUA SHAWN DUDLEY**
2600 E. Dorothy Drive
Orange, California 92869
Telephone: (657) 391-6401
Email: jdudley279@gmail.com
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| **JOSHUA SHAWN DUDLEY,**<br>Plaintiff,<br>v.<br>**COUNTY OF ORANGE;**<br>**TELECARE CORPORATION;**<br>**RONALD D. LEE, JR.;**<br>DOES 1 through 10, inclusive,<br>Defendants. | **Case No. 8:26-cv-01530-SSS-PD**<br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED VERIFIED COMPLAINT**<br>**Rules 15(a)(2) and 15(d)**<br>**Hearing: October 16, 2026, 2:00 p.m.**<br>**Before: Hon. Sunshine S. Sykes** |

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SECOND AMENDED VERIFIED COMPLAINT

TO THE COURT AND ALL PARTIES WHO HAVE APPEARED:

Plaintiff Joshua Shawn Dudley, appearing pro se, respectfully moves under Federal Rules of Civil Procedure 15(a)(2) and 15(d), and Central District of California Local Rule 15-1 for leave to file the proposed Second Amended Verified Complaint submitted concurrently as Exhibit A.

Plaintiff requests that the Court decide this motion on the papers under Local Rule 7-15 or set a hearing at the Court's convenience. As of September 9, 2026, the

docket supplied by Plaintiff reflects no appearance, answer, Rule 12 motion, or proof of completed service by any Defendant.

The proposed amendment is sought before any responsive pleading and before any Rule 16 scheduling order establishing an amendment cutoff. It narrows the defendant list, reorganizes the claims by legal theory, removes claims not carried forward, adds claims and factual allegations based on events and records that post-date or were clarified after ECF No. 18, and states the requested relief in a complete pleading.

**LOCAL RULE 7-3 STATEMENT**

Plaintiff has not been able to conduct the conference contemplated by Local Rule 7-3 because no Defendant has appeared, no defense counsel is identified on the docket, and service of the operative First Amended Complaint has not been confirmed. Plaintiff therefore requests that the Court excuse or defer the conference requirement under these circumstances.

**RELIEF REQUESTED**

Plaintiff respectfully requests an order granting leave to file the proposed Second Amended Verified Complaint and permitting Plaintiff to file the clean amended pleading within seven days after entry of the order, or within another period set by the Court.

Dated: September 9, 2026

**Respectfully submitted,**

/s/ Joshua Shawn Dudley

**JOSHUA SHAWN DUDLEY**

Plaintiff, Pro Se