**JOSHUA SHAWN DUDLEY**
2600 E. Dorothy Drive
Orange, California 92869
Telephone: (657) 391-6401
Email: jdudley279@gmail.com
Plaintiff, Pro Se

FILED
CLERK, U.S. DISTRICT COURT
9/11/26
CENTRAL DISTRICT OF CALIFORNIA
BY iv DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| **JOSHUA SHAWN DUDLEY,**<br>Plaintiff,<br>v.<br>**COUNTY OF ORANGE;**<br>**TELECARE CORPORATION;**<br>**RONALD D. LEE, JR.;**<br>DOES 1 through 10, inclusive,<br>Defendants. | **Case No. 8:26-cv-01530-SSS-PD**<br>**DECLARATION OF JOSHUA SHAWN DUDLEY**<br>**IN SUPPORT OF MOTION FOR LEAVE TO AMEND**<br>**Hearing: October 16, 2026, 2:00 p.m.**<br>**Before: Hon. Sunshine S. Sykes** |

**DECLARATION OF JOSHUA SHAWN DUDLEY**

IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED VERIFIED COMPLAINT

I, Joshua Shawn Dudley, declare under penalty of perjury under the laws of the United States:

1. I am the Plaintiff in this action and appear without an attorney. I have personal knowledge of the matters stated in this declaration except where I identify a matter as based on the docket or a filed document.

2. I filed this action on June 12, 2026.

3. A First Amended Verified Complaint appears on the docket as ECF No. 18. The copy I obtained from PACER is stamped 'Document 18 Filed 06/22/26' and is nineteen pages long.

4. On September 9, 2026, I reviewed the current PACER docket and confirmed that ECF No. 18 remains listed as the First Amended Complaint.

5. The docket reflects that my request to proceed in forma pauperis was granted on July 21, 2026 at ECF No. 15.

6. The docket reflects an order regarding service at ECF No. 14 and identifies September 14, 2026 as the Rule 4(m) service deadline.

7. I submitted a corrected request for issuance of summonses and, if authorized, service by the United States Marshal. That request appears at ECF No. 21.

8. The docket reflects that amended summonses were issued on August 25, 2026 at ECF No. 22.

9. As of the time of this declaration, I have not received a Marshal return or other confirmation establishing completed service on any Defendant, and the PACER docket I reviewed does not show a proof of completed service.

10. As of the same review, no Defendant is shown as having filed an appearance, answer, or Rule 12 motion.

11. After confirming that ECF No. 18 is the operative First Amended Complaint, I determined that the next amended pleading should be presented as a proposed Second Amended Verified Complaint and that I should request leave of Court rather than filing another document labeled as a First Amended Complaint.

12. The proposed SAC narrows the named defendants, reorganizes the legal claims, removes causes of action I do not intend to carry forward in the proposed pleading, and includes events that occurred after the June 2026 FAC.

13. I am requesting leave before any Defendant has responded and before any scheduling-order amendment deadline shown on the docket I reviewed.

14. I have not conducted a Local Rule 7-3 conference because no Defendant has

appeared, no defense counsel is identified on the docket, and service has not been confirmed. I will confer promptly if counsel appears and the Court directs a conference before ruling.

15. I submit this declaration to establish procedural facts supporting the request for leave and to identify the exhibits accompanying that request. I do not offer these exhibits to establish the truth of every factual assertion contained in them.

16. Exhibits A, B, C, F, and G are email communications that I personally sent or received through my email account. I reviewed the copies submitted with this motion, and they are true and correct copies of those communications.

17. Exhibit A is the January 25, 2026 email that I sent to Telecare personnel reporting the January 21 incident and requesting protective measures.

18. Exhibit B is the January 28, 2026 email I received from Felicia Tara Taing acknowledging my report and stating that she was working with corporate.

19. Exhibit C is the February 18, 2026 email that I sent objecting to use of Ronald D. Lee, Jr. as confirmation and requesting information concerning the ROI.

20. Exhibit F is the May 6, 2026 email I sent concerning my NOABD appeal and Aid Paid Pending request.

21. Exhibit G is the June 1, 2026 email I received from Jena Nguyen. It concerns Telecare's rent payments and my continued enrollment.

22. Exhibits D, E, and H are paper records that I received through the United States Mail in connection with my grievance, service, or administrative appeal matters. I retained the documents, and the copies submitted are true and correct copies of the documents I received.

23. Exhibits J and K are records from my State Hearing proceedings that I obtained through the administrative appeal process. The copies submitted are true and correct copies of the records I obtained through that process.

24. Exhibit I is a County-Telecare FSP contract record that I personally downloaded from the County of Orange Board of Supervisors agenda materials.

The copy submitted as Exhibit I is a true and correct copy of the contract material I downloaded from that official Board agenda source.

25. The evidence matrix submitted with these exhibits identifies the source and intended evidentiary use of each exhibit. I adopt it only as an organizational index.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 9, 2026, in Orange, California.

/s/ Joshua Shawn Dudley

JOSHUA SHAWN DUDLEY

Plaintiff, Pro Se