# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOSHUA S. DUDLEY

Plaintiff(s),

v.

COUNTY OF ORANGE, et al.

Defendant(s).

CASE NUMBER:

8:26−cv−01530−SSS−PD

**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT**

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed: 9/11/2026

Document No.: 27

Title of Document: PLAINTIFF'S MOTION FOR LEAVETO FILE SECOND AMENDED VERIFIED COMPLAINT

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or untimely.

Other:

Hearing was set before the district judge and it should have been calendared before the magistrate judge

**Note: In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: September 16, 2026

By: */s/ ShaRon P Lorenzo sharon_lorenzo@cacd.uscourts.gov*
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**