UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:26-cv-01530-SSS-PD Date: September 16, 2026

Title *Joshua S. Dudley v. County of Orange, et al.*

Present: The Honorable: Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** **Order Vacating October 16, 2026 Hearing Date on Plaintiff's Motion for Leave to File Second Amended Complaint [Dkt. No. 27]**

On September 11, 2026, Joshua S. Dudley ("Plaintiff") filed a motion for leave to file Second Amended Complaint set for hearing on October 16, 2026 before District Judge Sykes. Dkt. No. 27. Preliminary matters, which include the instant motion, are referred to the Magistrate Judge for decision. *See* Dkt. No. 10. Accordingly, the October 16 hearing date before District Judge Sykes is VACATED.

Plaintiff also filed a memorandum of points and authorities in support of motion for leave, declaration in support, exhibits and a proposed Second Amended Complaint against the County of Orange, Telecare Corporation, Ronald D. Lee, Jr., and Does 1–10. Dkt. No. 27. The Second Amended Complaint narrows the named defendants, reorganizes the claims, and removes certain claims that were listed in the First Amended Complaint. *See* Dkt. No. 27-5.

The Court has reviewed Plaintiff's motion for leave to file Second Amended Complaint and the proposed Second Amended Complaint and Grants Plaintiff's motion for leave to file Second Amended Complaint. Dkt. No. 27. Plaintiff may file his Second Amended Complaint by **September 23,**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:26-cv-01530-SSS-PD Date: September 16, 2026

Title *Joshua S. Dudley v. County of Orange, et al.*

**2026**.

IT IS SO ORDERED.