UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:26-cv-01530-SSS-PD Date: September 16, 2026

Title *Joshua S. Dudley v. County of Orange, et al.*

Present: The Honorable: Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** **Order Granting Plaintiff's Ex Parte Application for 60-Day Rule 4(m) Extension of Time to Serve Defendants [Dkt. No. 26]**

On September 11, 2026, Joshua S. Dudley ("Plaintiff") filed an ex parte application for 60-day Rule 4(m) extension of time to serve Defendants. Dkt. No. 26. The Court previously issued a minute order advising Plaintiff that under Federal Rule of Civil Procedure 4(m) he must serve Defendants with a copy of the Summons and Complaint by September 14, 2026. *See* Dkt. No. 14. The Court has recently granted Plaintiff leave to file a Second Amended Complaint.

In light of the above, the Court Grants Plaintiff's request for an extension of time to serve Defendants with a copy of the Summons and Second Amended Complaint by no later than **November 13, 2026**.

IT IS SO ORDERED.