FILED
CLERK, U.S. DISTRICT COURT
9/20/2026
CENTRAL DISTRICT OF CALIFORNIA
BY IV DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**JOSHUA SHAWN DUDLEY**
2600 E. Dorothy Drive
Orange, California 92869
Telephone: (949) 621-6238
Email: jdudley279@gmail.com
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **JOSHUA SHAWN DUDLEY,**<br>Plaintiff,<br>v.<br>**COUNTY OF ORANGE; TELECARE CORPORATION; RONALD D. LEE, JR.; and DOES 1 through 10, inclusive,**<br>Defendants. | **Case No. 8:26-cv-01530-SSS-PD**<br>**NOTICE OF ERRATA AND REQUEST TO ACCEPT CORRECTED SECOND AMENDED VERIFIED COMPLAINT** |

**NOTICE OF ERRATA AND REQUEST TO ACCEPT CORRECTED SECOND AMENDED VERIFIED COMPLAINT**

1. On September 16, 2026, the Court granted Plaintiff leave to file the proposed Second Amended Complaint submitted as Dkt. No. 27-5 and permitted filing by September 23, 2026. See Dkt. No. 29.

2. Paragraphs 13 and 79 of Dkt. No. 27-5 mistakenly identified the later contract numbers MA-042-26011171 and MA-042-26011172. The contracts governing the beginning of the events alleged were MA-042-21010167 and MA-042-22011474.

3. The accompanying corrected Second Amended Verified Complaint substitutes those two contract identifiers, removes the proposed-document designation, and reflects Plaintiff's current telephone number previously noticed to the Court. It does not add a defendant, claim, factual event, requested remedy, or other substantive allegation.

4. Plaintiff respectfully requests that the Court accept the accompanying corrected Second Amended Verified Complaint as conforming to the leave granted in Dkt. No. 29 or, alternatively, authorize the limited corrections described above.

5. No Defendant has appeared. Dkt. No. 30 requires Plaintiff to serve Defendants with the summons and Second Amended Complaint by November 13, 2026. Plaintiff will serve the filed Second Amended Verified Complaint in accordance with Federal Rule of Civil Procedure 4 and Dkt. No. 30.

Dated: September 20, 2026

Respectfully submitted,

/s/ Joshua Shawn Dudley

**JOSHUA SHAWN DUDLEY**

Plaintiff, Pro Se